IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANIYRA SCOTT,    Plaintiff, | : : : |
| v. | :     CIVIL ACTION NO. 25-CV-2897 : |
| PENNSYLVANIA DEPARTMENT OF HUMAN SERVICES, *et al.*,    Defendants. | : : : |

## ORDER

AND NOW, this 10th day of July, 2025, upon consideration of Plaintiff Shaniyra Scott's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:


/s/ John Milton Younge
**JOHN MILTON YOUNGE, J.**